117 A.3d 180

IN THE MATTER OF JOSEPH ANTHONY FERRIERO, AN ATTORNEY AT LAW (ATTORNEY NO. 014191982).

July 21, 2015.

## ORDER

This matter having been duly presented to the Court by the Office of Attorney Ethics pursuant to *Rule* 1:20–13(b)(1) (automatic temporary suspension), seeking an Order of immediate temporary suspension from practice of **JOSEPH ANTHONY FERRIERO** of **HACKENSACK,** who was admitted to the bar of this State in 1982;

And **JOSEPH ANTHONY FERRIERO** having been determined to be guilty of racketeering, violations of the Travel Act, and wire fraud, after a jury trial in the United States District Court for the District of New Jersey;

And the Court having considered the submissions of the Office of Attorney Ethics and of respondent;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOSEPH ANTHONY FERRIERO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately, and until the further Order of this Court; and it is further

ORDERED that **JOSEPH ANTHONY FERRIERO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSEPH ANTHONY FERRIERO** comply with *Rule* 1:20–20 dealing with suspended attorneys.